```
1  Scott Schools
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200
                                                        DEC 1  2007
4  Attorneys for the United States

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                            SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,        )   CRIMINAL NO. 07-MJ-70744 PVT
9                                   )
          Plaintiff,                 )
10                                   )   NOTICE OF PROCEEDINGS ON
          v.                         )   OUT-OF-DISTRICT CRIMINAL
11                                   )   CHARGES PURSUANT TO RULES
   Bich Nguyen,                      )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                   )   OF CRIMINAL PROCEDURE
          Defendant.                 )
13                                   )
                                     )
14
```

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 12/13/07, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____

pending in the _____ District of Nebraska, Case Number _____.

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 371, 1952, 1956, 1961 & 28 USC 2461(c)

Description of Charges: Narcotics-related criminal offenses

Respectfully Submitted,

SCOTT SCHOOLS
UNITED STATES ATTORNEY

_____
Assistant U.S. Attorney

Date: 12/14/07

1



DEC 10 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:07CR287 |
| ) | |
| vs. ) | SUPERCEDING INDICTMENT |
| ) | |
| ) | 18 U.S.C. § 371 |
| ) | 18 U.S.C. § 1952(a)(1)(A) |
| ) | 18 U.S.C. § 1952(a)(3)(A) |
| KHA MANH NGUYEN, ) | 28 U.S.C. § 2461(c) |
| BICH NGUYEN, ) | 18 U.S.C. § 1961(1)(B) |
| LIEN NGUYEN, ) | 18 U.S.C. § 1956(a)(7)(A) |
| a/k/a Lynn Wynn, ) | |
| ) | |
| Defendants. ) | |

The Grand Jury Charges:

## INTRODUCTION

1. At all times material to this Superceding Indictment, LIEN NGUYEN a/k/a Lynn Wynn was a resident of California. LIEN NGUYEN a/k/a Lynn Wynn was in the business of distributing controlled substances, specifically marijuana, for profit. A business enterprise involved in the distribution of controlled substances, specifically marijuana, is an "unlawful activity" as defined in Title 18, United States Code, Section 1952(b)(1).

2. At all times material to this Superceding Indictment, KHA MANH NGUYEN and BICH NGUYEN were husband and wife and residents of California.

## COUNT I

1. From on or about the 21st day of July, 2007, through on or about the 24th day of July, 2007, in the District of Nebraska and elsewhere, KHA MANH NGUYEN, BICH NGUYEN and LIEN

NGUYEN a/k/a Lynn Wynn, the Defendants herein, did unlawfully, wilfully and knowingly conspire, combine, confederate and agree together to commit the following offenses against the United States:

    A. To travel in interstate commerce with the intent to distribute the proceeds of an unlawful activity and thereafter to perform and attempt to perform an act to distribute the proceeds of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(1);

    B. To travel in interstate commerce with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, and thereafter to perform and attempt to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

    2. It was a part of the conspiracy that cash proceeds from the distribution of marijuana would be assembled for subsequent distribution in other states.

    3. It was a further part of the conspiracy that KHA MANH NGUYEN would travel to the location where the cash proceeds were located and rent a car. The cash proceeds would then be loaded into the motor vehicle and transported to the destination designated by LIEN NGUYEN a/k/a Lynn Wynn.

    4. It was a further part of the conspiracy that BICH NGUYEN would serve as a communications link between KHA MANH NGUYEN and LIEN NGUYEN a/k/a Lynn Wynn. KHA MANH NGUYEN would contact BICH NGUYEN by telephone and pass on whatever

messages KHA MANH NGUYEN would ask to have forwarded. BICH NGUYEN, in turn, would forward the messages to LIEN NGUYEN a/k/a Lynn Wynn by telephone and email.

5. In furtherance of the conspiracy, and to effect the objects thereof, overt acts were committed in the District of Nebraska and elsewhere, including but not limited to, the following:

A. On or about the 21st day of July, 2007, LIEN NGUYEN a/k/a Lynn Wynn called, and caused to be called, KHA MANH NGUYEN;

B. On or about the 22nd day of July, 2007, KHA MANH NGUYEN flew from San Francisco, California, to Minneapolis, Minnesota;

C. On or about the 22nd day of July, 2007, KHA MANH NGUYEN rented a car in Minneapolis, Minnesota;

D. On or about the 23rd day of July, 2007, KHA MANH NGUYEN drove a motor vehicle carrying approximately $597,955.00 in cash into the District of Nebraska;

E. On or about the 24th day of July, 2007, KHA MANH NGUYEN called BICH NGUYEN;

F. On or about the 24th day of July, 2007, BICH NGUYEN sent an email to LIEN NGUYEN a/k/a Lynn Wynn;

In violation of Title 18, United States Code, Section 371.

## COUNT II

Beginning from an unknown date but at least as early as July 13, 2007, and continuing until July 23, 2007, in the District of Nebraska and elsewhere, KHA MANH NGUYEN, the Defendant herein, did travel in interstate commerce with intent to distribute proceeds of an unlawful activity, and did promote, manage, establish, carry on or facilitate the promotion, management,

establishment, or carrying on of an unlawful activity, and thereafter performed and attempted to perform the distribution of illegal proceeds or the promotion, management, establishment or carrying on, or any action which would facilitate the same.

In violation of Title 18, United States Code, Sections 1952(a)(1)(A) or (a)(3)(A).

### COUNT III

Upon conviction of the offenses charged in Counts I and II, the Defendants, KHA MANH NGUYEN, BICH NGUYEN and LIEN NGUYEN a/k/a Lynn Wynn, shall forfeit $597,955.00 of controlled substance-related proceeds seized from KHA MANH NGUYEN on July 23, 2007, as personal property involved in a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956(a)(7)(A) and 1961(1)(B).

In violation of Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
NANCY A. SVOBODA
Assistant United States Attorney

DEC 10 2007
OF THE CLERK

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 AUG 22 PM 4:31

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:07CR287 |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | 18 U.S.C. § 1952(a)(1)(A) |
| KHA MANH NGUYEN, | ) | 18 U.S.C. § 1952(a)(3)(A) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | 18 U.S.C. § 1961(1) |
| | ) | 18 U.S.C. § 981(a)(1)(A) |
| Defendant. | ) | 18 U.S.C. § 1956(a)(7) |

The Grand Jury Charges:

## COUNT I

Beginning from an unknown date but at least as early as July 13, 2007, and continuing until July 23, 2007, in the District of Nebraska and elsewhere, KHA MANH NGUYEN, the Defendant herein, did travel in interstate commerce with intent to distribute proceeds of an unlawful activity, and did promote, manage, establish, carry on or facilitate the promotion, management, establishment, or carrying on of an unlawful activity, and thereafter performed and attempted to perform the distribution of illegal proceeds or the promotion, management, establishment or carrying on, or any action which would facilitate the same.

In violation of Title 18, United States Code, Sections 1952(a)(1)(A) or (a)(3)(A).

## COUNT II

Upon conviction of the offense charged in Count I, the Defendant, KHA MANH NGUYEN, shall forfeit $597,955.00 of controlled substance-related proceeds seized from KHA MANH

NGUYEN on July 23, 2007, as personal property involved in a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956(a)(7), 1961(1) and 981(a)(1)(A).

In violation of Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

*[signature]*
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
NANCY A. SVOBODA
Assistant United States Attorney

# CRIMINAL COVER SHEET

**Related Case Information**

Superseding Indictment __X__   New Defendant __x__
Indictment/Information Pending vs. Same Defendant ___
Magistrate Case No. _____
R 20 / R 40 from District of _____
Related to case name/number _____

**Place of Offense**

Omaha City

Douglas County

## Defendant

Defendant Name __Bich Nguyen__

Alias Names _____

Address __33 Atlas Ave., Apt. 11,__
__San Jose, CA 95126__

SSN __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__

Birth Date __3/23/64__

___ Male   __X__ Female   ___ Alien

[ ] Complaint

[ ] Information

[X] Indictment

AUSA __Nancy A. Svoboda__
Agent __Donato Sikorski / Ed Van Buren__
Agency __DEA/DCSO__

Request for Trial: __X__ Omaha   ___ Lincoln   ___ North Platte

## U.S.C. CITATIONS

Lead Count - Code __18 U.S.C. 371__   Count Number __1__

| Code | Description of Offense Charged | Maximum Punishment |
|---|---|---|
| Ct. 1  18:371 | Conspiracy to Commit Interstate Transportation in Aid of Racketeering | 0-5 yrs, $250,000 3yrs TSR, $100 SA |
| Ct. 2 not charged | | |
| Ct. 3 28:2461(c),18:1961(1)(B) 18:1956(a)(7)(A) | Forfeiture | U.S. Currency |

[ ] Petty   [ ] Minor   [X] Felony   ___ Class B - non-motor vehicle or infraction
[ ] Misdemeanor   ___ Class A   ___ Class C
___ Class B - motor vehicle

## Location Status

Arrest Date _____

__X__ Warrant
___ Summons
___ Already in Federal Custody as of _____
___ Already in State Custody in _____
___ Marshal: Please Place a Detainer with the Above-named Custodian
___ On Pretrial Release

TOTAL P.004

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

V.

**SEALED**

WARRANT FOR ARREST

KHA MANH NGUYEN,
BICH NGUYEN,
LIEN NGUYEN,
a/k/a Lynn Wynn

CASE NUMBER: 8:07CR287

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BICH NGUYEN__
                                              Name

and bring her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging her with (brief description of offense) -

- Conspiracy to commit Interstate transportation in aid of racketeering

in violation of Title __18__ United States Code, Section(s) __371,1952(a)(1)(A), 1952(a)(3)(A), 1956(a)(7)(A), 1961(1)(B)__
              Title __28__ United States Code, Section(s) __2461(c)__

__DENISE M. LUCKS__                    __CLERK OF THE DISTRICT COURT__
Name of Issuing Officer                 Title of Issuing Officer

                                        __OMAHA, NEBRASKA__
_____          Date and Location
Signature of Issuing Officer

Bail fixed at $_____ by _____
                                        Name of Judicial Officer

---

RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |