**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

**FILED**
2008 JAN 23 P 3: 27
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

January 11, 2008

**Clerk of Court-USDC of Nebraska**
**111 South 18th. Plaza**
**Suite 1152**
**Omaha, NE 68102-1322**

Case Name:      US-vs-Bich Nguyen
Case Number:    5-07-70744-PVT (Your Case#8:07CR287)
Charges:        18:371,1952,1956,1961 & 28

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    ( )    The defendant has a court appearance in your court on:
           **1/24/08 @ 2:00PM before Judge Thomas Thalken**

Enclosed are the following documents:
                original Rule 5 affidavit
                original minute orders
        certified copy of *AO 94, Commitment to Another District*
                Certified docket sheets
                **& US Passport# 209178478**

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

-----

Receipt of the above-described documents is acknowledged herewith and assigned case number:

8:07CR287

Date: 1/15/08

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk